
RECEIVED
IN LAKE CHARLES, LA
FEB 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TOMMY HERNANDEZ BAROLA** | : | **DOCKET NO. 2:05 CV 1250** |
| VS. | : | JUDGE MINALDI |
| **ALBERTO GONZALEZ, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Considering the petitioner's release from custody,

IT IS ORDERED that this petition and the pending Objections to the Magistrate Judge's Report and Recommendation ARE DISMISSED AS MOOT.

IT IS FURTHER ORDERED that this case be closed.

Lake Charles, Louisiana, this ____ day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE